UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
RANDY SANCHEZ, on behalf of himself            Case No. 123-cv-06203-KAM-PK
all others similarly situated,

                Plaintiff            **NOTICE OF VOLUNTARY**
                                                   **DISMISSAL WITH PREJUDICE**

        -against-

BROOKLYN AAR, LLC

                Defendant.
-------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
         April 17, 2024

                                                      Respectfully Submitted,

So Ordered:

                                                     */s/ Noor A. Saab, Esq.*
                                                     *Attorney for Plaintiff*
                                                     **The Law Office of Noor A. Saab**
4/18/2024                                 380 North Broadway, Penthouse West
                                                     Jericho, New York 11753
                                                     Tel: 718-740-5060
                                                     Email: noorasaablaw@gmail.com

1